AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

_____ FILED _____ LODGED
_____ RECEIVED
OCT 27 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Apple Inc. iCloud Account: gustavsstern@gmail.com, more fully described in Attachment A

Case No. 3:23-mj-05372

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of California *(identify the person or describe the property to be searched and give its location)*:

iCloud Account, as described in Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, Attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before November 2, 2023 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any U.S. Magistrate Judge in West. Dist. of Washington.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 10/19/2023 1:42 pm

Theresa L. Fricke
*Judge's signature*

City and state: Tacoma, Washington

THERESA L. FRICKE, U.S. Magistrate Judge
*Printed name and title*

USAO No. 2023R00925

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: 3:23-mj-05372 | Date and time warrant executed: 10/19/2023 at 2:08pm | Copy of warrant and inventory left with: lawenforcement@apple.com |
|---|---|---|

Inventory made in the presence of : N/A

Inventory of the property taken and name of any person(s) seized:

Electronically-provided file archives containing the contents of the specified Apple iCloud accounts.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/27/2023

CREASEYPARKS.TYLER.RAY.1393364366 Digitally signed by CREASEYPARKS.TYLER.RAY.1393364366 Date: 2023.10.27 10:13:27 -07'00'

*Executing officer's signature*

Tyler Creasey-Parks, Special Agent, OSI

*Printed name and title*

10-27-2023

Theresa L. Fricke